**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2032**

CHERI LANGEHENNIG,

Plaintiff - Appellant,

v.

MICHAEL L. CHAPMAN, Sheriff, Loudoun County Sheriff's Office,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Anthony John Trenga, District Judge. (1:16-cv-00466-AJT-MSN)

Submitted: May 23, 2017                    Decided: May 25, 2017

Before KING, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Harvey Joseph Volzer, Alexandria, Virginia, for Appellant. Alexander Francuzenko, COOK CRAIG & FRANCUZENKO, PLLC, Fairfax, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cheri Langehennig appeals from the district court's order dismissing her employment discrimination action as untimely. We have reviewed the parties' arguments and the record submitted on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Langehennig v. Chapman*, No. 1:16-cv-00466-AJT-MSN (E.D. Va. Aug. 18, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*